UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**FILED**
MAR - 1 2018
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 5:18cr 27-DCR

UNITED STATES OF AMERICA     PLAINTIFF

V.     **MOTION OF UNITED STATES FOR ISSUANCE OF ARREST WARRANT**

DIONTRE LAWAYNE DAVIS     DEFENDANT

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, Diontre Lawayne Davis, returnable forthwith.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By: *Ron L. Walker Jr. for*
Cynthia T. Rieker
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-6845
Cynthia.rieker@usdoj.gov