UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**F I L E D**
MAR - 1 2018
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 5:18cr27-DCR

UNITED STATES OF AMERICA                                    PLAINTIFF

V.          **ORDER FOR ISSUANCE OF ARREST WARRANT**

DIONTRE LAWAYNE DAVIS                                       DEFENDANT

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for issuance of an arrest warrant is GRANTED, and an arrest warrant is ISSUED for the Defendant, Diontre Lawayne Davis.

On this 1st day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Copies:   United States Marshal
          United States Probation
          Cynthia T. Rieker, Assistant United States Attorney