UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

UNITED STATES OF AMERICA

v.  INDICTMENT NO. 18-CR-27-DCR

DIONTRE LAWAYNE DAVIS

* * * * * * * *

### AFFIDAVIT OF DIONTRE LAWAYNE DAVIS

Comes the Affiant, DIONTRE LAWAYNE DAVIS, and after being duly sworn, states as follows:

1. That I am the defendant in the above-styled action;

2. That my attorney advised me of my rights to a speedy and public trial pursuant to 18 U.S.C. §3161(c)(1) within seventy (70) days of my arraignment;

3. That understanding my rights under federal law, I am waiving my rights to a speedy and public trial and am in fact requesting that the Court continue my case to allow my attorney and me to review all of the discovery in the case, subpoena witnesses if necessary and otherwise prepare my defense for this case;

4. I understand from my attorney that he is going to ask the Court to have me evaluated as to my competency to stand trial as well as my criminal responsibility for what I am charged with and I consent to him asking the Court to do this.

FURTHER AFFIANT SAYETH NOT.

_____
DIONTRE LAWAYNE DAVIS, AFFIANT

STATE OF KENTUCKY        )
                         )
COUNTY OF Woodford       )

Subscribed and sworn to before me by DIONTRE LAWAYNE DAVIS this 15TH day of June, 2018.

My Commission Expires: March 3, 2021



_____
Notary Public, State at Large