

April 26, 2019

United States District Court
Lexington, KY 40508
Judge Danny Reeves

Re:  Diontre Davis, Woodford County Detention Center inmate

Dear Judge Reeves

I have had the pleasure of getting to know Diontre through the Fayette County Fatherhood
Initiative's, Inside/Out Dad program at the Woodford County Detention Center. Inside/Out Dads
is a twelve session program that teaches skills and fundamentals for becoming positive role
models, communication skills, parenting and how to deal with emotions.  For example, sessions
include; positive character traits for Dads, what is your world view, do men and women process
emotions in the same way, grief, loss and attributes of positive role models to name a few.

Diontre has attended and participated in all classes and has shared his background, while taking
personal responsibility for past actions.  Graduation occurs in May of 2019. He has said that this
experience has helped him focus on what is truly important in his life – his children, family, and
other relationships impacted by his choices. .  He has also indicated that he can easily support his
family.
I hope this information provides insight into Diontre's desire to change his life. If there are any
questions or concerns, please do not hesitate to call.
Sincerely,

Tom Lingeman
Inside/Outside Dad, Facilitator/ Mentor
(859) 361-3319

© Gartner Studios

# Certificate of Achievement

## THIS CERTIFICATE IS PROUDLY PRESENTED TO

### DIONTRE DAVIS

FOR COMPLETION OF

## JOBS FOR LIFE PROGRAM

offered by the Lexington Rescue Mission's Breaking Chains Program

AWARDED THIS DATE OF APRIL 09, 2019

Steve Keinath
Instructor

Julius Johnson
Director of Re-Entry Services

# Certificate of Completion

This certifies that

Diontre Davis

has successfully completed the



**Inside Our DAD**
*Second Edition*

Program

Conducted on _____ January 31, 2019 to May 2, 2019 _____

in _____ Woodford County Detention Center, Versailles, KY _____

_____ Thomas Lingeman _____
Facilitator's Name/Signature



**National Fatherhood Initiative®**
www.fatherhood.org

_Carlos Alcazar_
**Carlos Alcazar**
Chairman of the Board
NATIONAL FATHERHOOD INITIATIVE®

_Christopher A. Brown_
**Christopher A. Brown**
Executive Vice President
NATIONAL FATHERHOOD INITIATIVE®