JUL 0 2 2019

Eastern District of Kentucky
FILED June 24th, 2019

JUL 02 2019
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

To: whom it may concern,

I'm requesting copies of my docket sheet, plea agreement, & my sentencing transcripts. Thank you

Sincerly,
x [signature]
Davis, Diontre
22035032