OCT 18 2019

To Whom This May Concern,

~~Dear Attorney,~~

    I am working with an advocacy organization, Jail Time Consulting, to assist me with some BOP programs & also determine my eligibility for these programs. In order for them to complete my work they require a copy of my Presentence Investigation Interview Report, PSI from my instant case with you. This letter serves as my authorization for you to forward my initial & final PSI to them. Please provide it as soon as possible. As you may know, I'm not permitted to have a copy here.

    You can Fax it to my team at 954-206-0999 or Email them at experts@JailtimeConsulting.com

Contact No. 954-522-2254

    Thank you for your assistance in this matter. I really do appreciate your help.

Sincerely,

Diontre L. Davis