UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Criminal Action No. 5: 18-027-DCR |
| V. | ) ) ) | |
| DIONTRE LAWAYNE DAVIS, | ) ) | **ORDER** |
| Defendant. | ) ) | |

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

Defendant Diontre Davis pleaded guilty to one count of threatening communications in violation of 18 U.S.C. § 875(c). He was sentenced in May 2019 to 46 months' imprisonment, to be followed by three years of supervised release. [Record No. 52] The Court has now received correspondence from the defendant in which he seeks compassionate release from confinement. In support of his request, the defendant reports that he has completed various programs while in custody, has had no disciplinary incidents, and is not a threat to society, "[n]ot to mention the positive confirmed cases and deaths" at FCI Terre Haute "due to the [coronavirus]."

Compassionate release is governed by 18 U.S.C. § 3582(c)(1)(A) and the policy statements in United States Sentencing Guidelines Section 1B1.13. Prisoners are required to fully exhaust all administrative rights prior to bringing a compassionate release request in federal court. *United States v. Alam*, -- F.3d---, 2020 WL 2845694, at \*3 (6th Cir. 2020). There is no indication that the defendant has pursued administrative relief here.

The defendant's request also fails on the merits. Section 1B1.13 of the Sentencing Guidelines describes three main categories of "extraordinary and compelling reasons" that may warrant compassionate release. They include: the medical condition of the defendant; the age of the defendant; and the defendant's family circumstances. The defendant has not alleged any facts that arguably could warrant relief under § 3582(c)(1)(A), so the request for compassionate release will be denied. Accordingly, it is hereby

**ORDERED** as follows:

1. The Clerk of the Court is directed to file the correspondence from the defendant, postmarked June 15, 2020, and docket it as a motion requesting compassionate release.

2. The defendant's request/motion for compassionate release is **DENIED**.

Dated: June 18, 2020.



Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky