Case # 5:18-cr-00027-DCR

Judge Danny C. Reeves,

First of all, I'd like to thank you for sentencing me to the high end of my guideline because this time has allowed me to humble myself as well as gain the necessary knowledge needed to rehabilitate myself. Which, of course, is the goal of Corrections here in The Great United States of America.

Though, I wasn't recommended to, I still decided to enroll in the R-DAP program. I completed the nine month Cognitive Behavior Course April 13, 2020, with zero setbacks or formal warnings and obtained the highest promotion in the program upon completion "Senior Guide". A limited position selected by the Drug Treatment Specialist Staff furthermore highlighting my excellence. I have no write-ups or disciplinary reports in the BOP (or County Jail; 18 mos.). As of December 12, 2019, following my Team meeting my Custody level was scored at 10 points, well below at an FCI.

The reason why I am writing you this letter is to ask for compassionate release consideration. I have plenty of support and a home. I wish

to go to on Home Confinement. I am no longer a threat to society and have high standards set for myself. I have taken the time I was given to become financially literate and workforce ready. I have a certificate in Relaxation Therapy and have successfully studied for a Commercial Driver's License in the state of Texas.

My goal is to be a success story and prove the people wrong. I humbly accept any decision you make. Not to mention the positive confirmed cases and deaths here at the Terre Haute F.C.C. due to the Corona Virus. I've served over 85% of my sentence.

Thank You

Diontre L. Davis



NAME: Diontre Davis L-yol
NUMBER: 22035-032
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

Judge Danny C. Reeves
Eastern District of Kentucky
U.S. District Court
101 Barr St.
Lexington, KY 40507