UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

Eastern District of Kentucky
FILED
NOV 30 2021
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 5:18-cr-27-DCR-1

UNITED STATES OF AMERICA     PLAINTIFF

VS:     **RECEIPT FOR PLEA AGREEMENT(S)**

DIONTRE LAWAYNE DAVIS     DEFENDANT

I hereby acknowledge receipt of the Plea Agreement(s), filed into the record on 01/30/2019 at Record Number 41.

Date: May 06, 2021

*[signature]*
United States Attorney's Office
Lexington, Kentucky

> Please sign and return to the Clerk's Office within seven (7) days